U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 1 1 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL HELLER, LESLIE HARRIS, DEBORAH BELTRAN, GARY STUARD, DIANE BAKER, and MAVIS BELISLE, | § § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:13-CV-04000-P |
| v. | § § | ECF |
| CITY OF DALLAS, | § § | |
| Defendant. | § § | |

## AGREED ORDER GRANTING ATTORNEYS' FEES

On this day came on for consideration the Joint Status Report filed on December 10, 2014, jointly by Plaintiffs, Paul Heller, Leslie Harris, Deborah Beltran, Gary Stuard, Diane Baker, and Mavis Belisle (collectively, "Plaintiffs"), and Defendant, the City of Dallas (the "City"), (Plaintiffs and City together are the "Parties"). The Joint Status Report addresses matters upon which the Court's November 12, 2014 Memorandum Opinion and Order on Discovery Sanctions (the "Order") required the Parties to confer and report. Specifically, the Court ordered the Parties to confer in person as to the amount of attorneys' fees to be awarded to Plaintiffs, as described by the Order. The Order has been satisfied and the Parties have reached agreement on a reasonable attorneys' fee award and ask the Court to approve an award totaling $43,000, to be paid by the City to Plaintiffs and their counsel of record, jointly and severally.

The Court, having considered the Joint Status Report, agrees with the Parties' proposal.

Accordingly, it is ORDERED that Defendant, the City of Dallas, pay Plaintiffs Paul Heller, Leslie Harris, Deborah Beltran, Gary Stuard, Diane Baker, and Mavis Belisle, and to Plaintiffs' counsel of record, Mary M. Penrose, Bruce E. Anton, an dAnne Shuttee, jointly and severally, the sum of $43,000 within a reasonable time after the signing of this order.

SIGNED on *December 10*, 2014.

_____
PRESIDING JUDGE

AGREED AS TO FORM AND SUBSTANCE:

/s/ *Anne Shuttee*
MARY MARGARET PENROSE
Texas Bar No. 00788179
Texas A&M University School of Law
1515 Commerce Street
Fort Worth, Texas 76102
Telephone:      (972) 310-8669
Telecopier:      (817) 212-3965
megpenrose@law.tamu.edu

BRUCE ANTON
Texas Bar No. 01274700
Sorrels Udashen & Anton
2311 Cedar Springs Rd, Suite 250
Dallas, Texas 75201
Telephone:      (214) 468-8100
Telecopier:      (214) 468-8104
ba@sualaw.com

ANNE SHUTTEE
Texas Bar No. 18331450
Law Office of Anne Shuttee
6060 N. Central Expressway, Suite 560
Dallas, Texas 75206
Telephone:      (214) 237-2922
Telecopier:      (214) 237-2930
anne.shuttee@shutteelaw.com
**ATTORNEYS FOR PLAINTIFFS**

WARREN M. S. ERNST
Dallas City Attorney

s/ *Jennifer C. Wang*
CHRISTOPHER D. BOWERS
Texas Bar No. 02731300
chris.bowers@dallascityhall.com
PETER B. HASKEL
Texas Bar No. 09198900
CHRISTOPHER J. CASO
Texas Bar No. 03969230
chris.caso@dallascityhall.com
JAMES B. PINSON
Texas Bar No. 16017700
james.pinson@dallascityhall.com
JENNIFER C. WANG
Texas Bar No. 24049537
Jennifer.wang@dallascityhall.com
Assistant City Attorneys

Dallas City Attorney's Office
1500 Marilla Street, Room 7DN
Dallas, Texas 75201
Telephone: 214-670-3519
Telecopier: 214-670-0622
**ATTORNEYS FOR THE CITY OF DALLAS**